United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.174.232.154,

    Defendant.

No. C 16-00996 WHA

**ORDER GRANTING SEALING MOTION**

Plaintiff seeks leave to file its amended complaint, proposed summons, and return of service under seal pursuant to the protective order in this case. Plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE